# UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360 LLC, a Delaware Limited Liability Company; CODE BLUE LLC, a Delaware Limited Liability Company; and TONY TOUSSIGNANT, an individual; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 2:21-cv-00491-JAM-DMC<br><br>ORDER ON STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>Dept.:<br>Judge: |

Having reviewed the Stipulation filed by plaintiff NORCAL HOME DESIGN, INC. and defendants CODE BLUE 360 LLC and CODE BLUE LLC (collectively "CODE BLUE"), the Court finds good cause exists for granting Plaintiff leave to file a First Amended Complaint, and orders as follows:

1.  Plaintiff shall have seven (7) days from the date of this Order to file its First Amended Complaint; and

///

2. Defendant CODE BLUE 360 LLC shall have fifteen (15) days from the date Plaintiff serves its First Amended Complaint to file its Answer.

3. CODE BLUE LLC shall have the standard time to file its responsive pleading as allowed under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: May 20, 2021                    /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE