Renée Welze Livingston – SBN 124280
Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com
       cvanderputten@livingstonlawyers.com

Attorneys for Defendants and Third-Party Plaintiffs CODE BLUE, LLC, CODE BLUE 360, LLC, and TONY TOUSIGNANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360, LLC, a Delaware Limited Liability Company; TONY TOUSIGNANT, an individual; and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>_____<br><br>CODE BLUE, LLC, CODE BLUE, 360, LLC, and TONY TOUSIGNANT,<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>QUALITY PROPERTY RESTORATION, a division of FORNESS CONSTRUCTION, INC. and ROES 1-10.<br><br>Third Party Defendant.<br>_____ | Case No. 2:21-CV-00491-JAM-DMC<br><br>**THIRD PARTY COMPLAINT FOR EXPRESS INDEMNITY, BREACH OF CONTRACT AND DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: 02/10/2021 |

Third party plaintiffs CODE BLUE, LLC, CODE BLUE 360, LLC and TONY

TOUSIGNANT allege as follows:

*Norcal Home Design Inc. v. Code Blue 360, LLC, et al.,* Case No. 2:21-CV-00491-JAM-DMC
THIRD PARTY COMPLAINT FOR EXPRESS INDEMNITY, BREACH OF CONTRACT AND DECLARATORY RELIEF AND DEMAND FOR JURY TRIAL
-1-

**PARTIES**

1. Third party plaintiff CODE BLUE, LLC, is, and at all times mentioned herein was, a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in Ohio.

2. Third party plaintiff CODE BLUE 360, LLC is, and at all times mentioned herein was, a limited liability company organized and existing under the laws of Delaware with its principal place of business in Ohio.  CODE BLUE 360, LLC is an affiliate of CODE BLUE, LLC.

3. Third party plaintiff TONY TOUSIGNANT is, and at all times mentioned herein was, an individual residing in the state of Ohio, and an employee of CODE BLUE, LLC.  He was, at all times mentioned herein, acting within the course and scope of his employment withy CODE BLUE, LLC.

4. Third party defendant QUALITY PROPERTY RESTORATION, a division of FORNESS CONSTRUCTION, INC., ("QUALITY") is, and at all times mentioned herein was, a corporation organized and existing under the laws of the state of California.

5. Third party plaintiff is ignorant of the true names and capacities of third party defendants sued herein as ROES 1 through 10, inclusive, and third party plaintiff therefore sues these third party defendants by such fictitious names. Third party plaintiff will amend this Third Party Complaint to allege third party defendants' true names and capacities when ascertained. Third party plaintiff is informed and believes and thereon alleges that if third party plaintiff is found liable to plaintiff NORCAL HOME DESIGN, INC. as alleged in the First Amended Complaint, each of the fictitiously named third party defendants is jointly or jointly and severally liable with third party plaintiff for plaintiff's damages.  All references in this Third Party Complaint to "third party defendant," "third party defendants" or a specifically named third party defendant refer to each third party defendant and those third party defendants sued under fictitious names.

6. Third party plaintiff is informed and believes, and on that basis alleges, that each

of the third party defendants was the agent, servant, employee and/or representative of the other named third party defendants and that each such third party defendant at all times herein mentioned committed such acts or omissions within the course and scope of its/his agency, employment or representative capacity with full knowledge, consent, authority and ratification of each of the other third party defendants named herein.

**JURISDICTION AND VENUE**

7. This Court has subject matter jurisdiction under 28 U.S.C. section 1367 and Federal Rule of Civil Procedure 14 because the Court has original jurisdiction over the Complaint pursuant to 28 U.S. C. section 1332(a)(1) (an action between citizens of different states with an amount in controversy which, upon information and belief, exceeds $75,000). Third-Party Plaintiff's claims involve and require joinder of Third-Party Defendants because they are so related to the claims in the action within such original and supplemental jurisdiction that they necessarily form part of the same case or controversy under Article III of the United States Constitution.

8. This Court has personal jurisdiction over QUALITY and venue is proper in this Court because the matters alleged in this Third Party Complaint and in plaintiff NORCAL HOME DESIGN, INC.'s First Amended Complaint arise out of actions taking place in California and where QUALITY is a citizen.

**GENERAL ALLEGATIONS**

9. Plaintiff NORCAL HOME DESIGN, INC. filed action number 2:21-CV-00491-JAM-DMC on February 10, 2021, in the Butte County Superior Court. The Complaint filed in said action alleges, among other things, that plaintiff sustained damages as a result of the acts, omissions, negligence and/or other wrongful acts of CODE BLUE, LLC, CODE BLUE, 360, LLC and TONY TOUSIGNANT.  Defendant CODE BLUE 360, LLC removed the case to the United States District Court for the Eastern District of California on or about March 17, 2021, on the basis of diversity jurisdiction.  The allegations of the First Amended Complaint are incorporated herein.

10. CODE BLUE, LLC entered into a Master Services Agreement with QUALITY on or about April 7, 2018, in which QUALITY agreed to provide services to policyholders, subject to the terms and conditions of the Master Services Agreement and any addenda.

11. Following the November 2018 fires in and around Paradise, California, CODE BLUE, LLC, assigned QUALITY a number of policyholder claims, which included various fire restoration services, including any necessary replacement or repair of property damage caused by water, fire, wind or other causes requiring repair to real property.  The assignment also included contents cleaning for personal property pack outs and storage of personal property for the policyholders.

12. Under the Master Services Agreement, QUALITY may not assign the Master Services Agreement to another or otherwise transfer, subcontract or delegate any of its rights and/or obligations under the Master Services Agreement without the prior written consent of CODE BLUE, LLC.

13. QUALITY, upon information and belief, assigned, transferred, subcontracted and/or delegated its rights and responsibilities under the Master Services Agreement to NORCAL HOME DESIGN, INC.  QUALITY did so without obtaining the prior written consent of CODE BLUE, LLC in violation of the Master Services Agreement.

14. Upon information and belief, plaintiff NORCAL HOME DESIGN, INC. and QUALITY entered into one or more agreements to provide services to the policyholders and/or homeowners identified at paragraph 7 of the First Amended Complaint.

15. CODE BLUE, LLC did not discover QUALITY had assigned or otherwise transferred, subcontracted or delegated its rights and/or obligations under the Master Services Agreement to NORCAL HOME DESIGN, INC. until after NORCAL HOME DESIGN, INC. agreed to perform or began performing services to policyholders identified in the First Amended Complaint.

16. CODE BLUE, LLC and TOUSIGNANT learned some or all of the policyholders identified in the First Amended Complaint were dissatisfied with or concerned about NORCAL

HOME DESIGN, INC.'s services, including that two employees of NORCAL HOME DESIGN, INC. had been arrested at one of the policyholder properties.

17. CODE BLUE, LLC and TOUSIGNANT attempted to resolve the policyholders' complaints and concerns in relation to NORCAL HOME DESIGN, INC.

**FIRST CAUSE OF ACTION**
**(Contractual Indemnity)**

18. Third party plaintiffs refer to paragraphs 1 through 17 incorporate them by reference as though fully set forth herein.

19. On April 7, 2018, third party defendant QUALITY PROPERTY RESTORATION, LLC and ROES 1 through 5 entered into the Master Services Agreement with third party plaintiff CODE BLUE, LLC.

20. The Master Services Agreement includes an indemnity provision at paragraph 5.04 which requires QUALITY PROPERTY RESTORATION, LLC to "indemnify, defend, and hold harmless Code Blue and each insurer, all of their successors, assigns, members, directors, officers, agents, employees and parent and affiliated companies, from any claims, costs and expenses, including attorney's fees, that may be asserted against or incurred any of them that arise out of, are related to, or are connected with Services or any act or omission in the performance of services by [QUALITY], or any employees, subcontractors or trades people used by [QUALITY]."

21. The indemnity provision requires QUALITY PROPERTY RESTORATION, LLC to, at its expense, indemnify, defend and hold harmless CODE BLUE, LLC, as well as its agents, employees and affiliates.

22. Plaintiff's First Amended Complaint alleges that plaintiff incurred damages as a result of third party plaintiffs alleged intentional or negligent interference with contractual relations. Plaintiff's claims arise out of or result from QUALITY PROPERTY RESTORATION, LLC's failure to comply with the Master Services Agreement, including but not limited to assigning, transferring, delegating or subcontracting its assigned work to

1  NORCAL HOME DESIGN, INC.  As such, third party defendants are obligated by written
2  agreement to defend, indemnify and hold harmless third party plaintiffs in this action.
3         23.     CODE BLUE, LLC, CODE BLUE 360, LLC and TOUSIGNANT have
4  demanded, and third party defendant has not accepted, third party plaintiffs' tender of defense
5  and indemnity in connection with the present action.  As such, third party plaintiffs are entitled to
6  all costs of defending themselves in this action, including attorneys' fees at an amount to be
7  proven at trial.

**SECOND CAUSE OF ACTION**
**(Breach of Contract)**

10         24.     Third party plaintiffs refer to paragraphs 1 through 23 incorporate them by
11  reference as though fully set forth herein.
12         25.     QUALITY breached the Master Services Agreement by assigning, transferring,
13  delegating or subcontracting its work to NORCAL HOME DESIGN, INC.
14         26.     QUALITY further breached the Master Services Agreement in doing so because
15  NORCAL HOME DESIGN, INC. did not perform the required services in accordance with
16  industry standards or in a good and workmanlike manner; NORCAL HOME DESIGN, INC.
17  employees violated the drug and alcohol policies when performing services for the policyholders
18  and one or more of NORCAL HOME DESIGN, INC.'s employees had a felony conviction but
19  was allowed to perform work at the subject policyholder residences.
20         27.     Third party defendants' fault, negligence and/or other conduct, was the cause, in
21  whole or in part, of plaintiff's and has also resulted in damages to third party plaintiffs in an
22  amount to be determined.

**THIRD CAUSE OF ACTION**
**(Declaratory Relief)**

25         28.     Third party plaintiffs refer to paragraphs 1 through 27 incorporate them by
26  reference as though fully set forth herein.
27         29.     An actual controversy has arisen and now exists between third party plaintiffs and

third party defendants in that third party plaintiffs contend, and third party defendants deny the following:

      a.     Third party defendants are responsible for plaintiff's alleged damages, in whole or in part; and

      b.     As a result of third party defendants' complete or partial responsibility for plaintiff's alleged damages, third party defendants are obligated to indemnify third party plaintiffs on a comparative-fault basis if third party plaintiffs are compelled to pay any sum to plaintiff for damages that were caused by third party defendants' fault and negligence.

30.    In connection with its defense of this action, third party plaintiffs have incurred and will further incur costs, attorneys' fees, and other expenses in a total amount not presently known or ascertainable.

31.    Third party plaintiffs desire a judicial determination of the respective rights and duties of third party plaintiffs and third party defendants with respect to the comparative liability of third party plaintiffs and third party defendants for the damages claimed by plaintiff, and a declaration and judicial determination of third party defendants' duty and obligation to indemnify third party plaintiffs for any sums that third party plaintiffs may be compelled to pay and for which third party defendants' are determined to be responsible, either entirely or in part.

32.    Such a declaration is necessary and appropriate at this time in order that third party plaintiffs may ascertain their rights and duties with respect to third party defendants. Furthermore, the Third Party Complaint and First Amended Complaint arise out of the same transaction and occurrence and a determination of all rights and duties in one proceeding is necessary and appropriate in order to avoid a multiplicity of actions.

### PRAYER

Wherefore, third party plaintiffs pray as follows:

1.    For judgment in favor of third party plaintiffs and against third party defendants under the written contract obligating third party defendants to defend, indemnify and hold harmless third party plaintiffs for the matters alleged in plaintiff's First Amended Complaint;

2. In the event of a finding of liability against third party plaintiffs, a determination by the Court as to the degree of responsibility and liability for the losses or damages of the plaintiff and that third party defendants must indemnify third party plaintiffs for any payments third party plaintiffs are compelled to make to plaintiff for damages caused by the fault and negligence of third party defendants;

3. Judicial determination of rights as between third party plaintiffs and third party defendants;

4. For third party plaintiffs' costs of suit;

5. For attorneys' fees as permitted by contract; and

6. For such other and further relief as the Court deems just and proper.

Dated: August 26, 2021          LIVINGSTON LAW FIRM

By _____
Renée Welze Livingston
Crystal L. Van Der Putten
Attorneys for Defendants and Third Party Plaintiffs CODE BLUE, LLC, CODE BLUE 360, LLC and TONY TOUSIGNANT

**DEMAND FOR JURY TRIAL**

Defendants and Third Party Plaintiffs CODE BLUE, LLC, CODE BLUE 360, LLC and TONY TOUSIGNANT demands a jury trial.

Dated: August 26, 2021          LIVINGSTON LAW FIRM

By _____
Renée Welze Livingston
Crystal L. Van Der Putten
Attorneys for Defendants and Third Party Plaintiffs CODE BLUE, LLC, CODE BLUE 360, LLC and TONY TOUSIGNANT