1  STEVEN A. LAMON, SBN 124853
   SHAWN M. JOOST, SBN 148391
2  MURPHY AUSTIN ADAMS SCHOENFELD LLP
   555 Capitol Mall, Suite 850
3  Sacramento, California  95814
   Telephone:     (916) 446-2300
4  Facsimile:     (916) 503-4000
   Email:         slamon@murphyaustin.com
5  Email:         sjoost@murphyaustin.com

6  Attorneys for Third Party Quality
   QUALITY PROPERTY RESTORATION, a
7  division of FORNESS CONSTRUCTION, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 NORCAL HOME DESIGN INC., a            Case No.  2:21-cv-00491-JAM-DMC
   California Corporation,
12
              Plaintiff,
13
                                         **THIRD-PARTY DEFENDANT FORNESS**
14 v.                                    **CONSTRUCTION, INC., D.B.A.**
                                         **QUALITY PROPERTY**
15 CODE BLUE 360, LLC, a Delaware Limited **RESTORATION'S, ANSWER TO THIRD**
   Liability Company, TONY TOUSIGNANT,   **PARTY COMPLAINT**
16 an individual, and DOES 1 through 10,
   inclusive,
17
              Defendants
18
   ──────────────────────────────────
19 CODE BLUE, LLC,  CODE BLUE 360,
   LLC, and TONY TOUSIGNANT,
20
              Third Party Plaintiffs,
21
   v.
22
   QUALITY PROPERTY RESTORATION, a
23 division of FORNESS CONSTRUCTION,
   INC., and ROES 1-10
24
              Third Party Defendants.
25

26     Third  party  defendant  FORNESS  CONSTRUCTION,  INC.,  D.B.A.  QUALITY

27 PROPERTY RESTORATION ("Quality") answers the Third-Party Complaint of CODE BLUE,

28

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY
RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP

LLC, CODE BLUE 360, LLC, and TONY TOUSIGNANT (hereinafter at times referred to collectively as "Code Blue") as follows:

1.      Answering Paragraph 1 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

2.      Answering Paragraph 2 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

3.      Answering Paragraph 3 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

4.      Answering Paragraph 4 of the Third-Party Complaint, Quality denies that it was a "division" but admits it was at all relevant times a fictitious business name of Forness Construction, Inc., a California corporation.

5.      Answering Paragraph 5 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

6.      Answering Paragraph 6 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

7.      Answering Paragraph 7 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

8.      Answering Paragraph 8 of the Third-Party Complaint, Quality admits that it is a fictitious business name of Forness Construction, Inc., a corporation authorized to do business in

7009.002-3598844.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP

the State of California.  As to the remainder of the allegations contained therein, Quality states that the allegations are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required; Quality denies having knowledge or information sufficient to form a belief regarding the truth of the remaining allegations contained therein.

9.  Answering Paragraph 9 of the Third-Party Complaint, on information and belief, Quality admits the allegations contained therein except for the last sentence.  As to the last sentence, Quality states that the allegation is a legal conclusion or opinion to which no response is necessary.

10.  Answering Paragraph 10 of the Third-Party Complaint, Quality admits the allegations contained therein.

11.  Answering Paragraph 11 of the Third-Party Complaint, Quality admits the allegations contained therein.

12.  Answering Paragraph 12 of the Third-Party Complaint, Quality admits the "Master Services Agreement" contains the referenced language, but adds that the parties, by their conduct, chose to waive, and/or are estopped from enforcing, their rights under the referenced language.

13.  Answering Paragraph 13 of the Third-Party Complaint, denies that is assigned, etc., all of its rights under the Master Services Agreement, but admits that it referred some of its rights thereunder to Norcal, but did so only after obtaining the prior oral, and possibly written, approval of an authorized agent for Code Blue, LLC.  Thereafter, Quality is informed and believes that Code Blue, LLC verbally and/or in writing agreed to pay Norcal for some or all of Norcal's services to homeowners, with knowledge of the assignment, etc., from Quality to Norcal.

14.  Answering Paragraph 14 of the Third-Party Complaint, Quality denies the allegations contained therein.  Quality admits that it entered into a referral agreement with Norcal with regards to having Norcal perform services under Norcal's agreements with the homeowners and Norcal's invoices with Code Blue, LLC.

15.  Answering Paragraph 15 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the remaining

- 3 -

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY
RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP

allegations contained therein.

16.     Answering Paragraph 16 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

17.     Answering Paragraph 17 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

18.     Answering Paragraph 18 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality incorporates herein its responses to Paragraphs 1 through 17 above.

19.     Answering Paragraph 19 of the Third-Party Complaint, Quality admits that on or about April 7, 2018, Quality (as a d.b.a. of Forness Construction, Inc., but not as an "LLC") entered into a Master Services Agreement with third-party plaintiff Code Blue, LLC.  Quality denies having knowledge or information sufficient to form a belief regarding the truth of the remaining allegations contained therein.

20.     Answering Paragraph 20 of the Third-Party Complaint, Quality (as a d.b.a. of Forness Construction, Inc., but not as an "LLC") admits the allegations contained therein.

21.     Answering Paragraph 21 of the Third-Party Complaint, Quality (as a d.b.a. of Forness Construction, Inc., but not as an "LLC") admits the allegations contained therein.

22.     Answering Paragraph 22 of the Third-Party Complaint, on information and belief, Quality admits the allegations contained in the first sentence.  As to the remainder of the allegations contained therein, Quality (again, not an "LLC") states that the allegations are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the remaining allegations contained therein.

23.     Answering Paragraph 23 of the Third-Party Complaint, on information and belief, Quality admits the allegations contained in the first sentence.  As to the remainder of the

- 4 -

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY
RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP

allegations contained therein, Quality states that the allegations are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required; Quality denies having knowledge or information sufficient to form a belief regarding the truth of the remaining allegations contained therein.

24.     Answering Paragraph 24 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality incorporates herein its responses to Paragraphs 1 through 23 above.

25.     Answering Paragraph 25 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies the allegations contained therein.

26.     Answering Paragraph 26 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

27.     Answering Paragraph 27 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies the allegations contained therein.

28.     Answering Paragraph 28 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality incorporates herein its responses to Paragraphs 1 through 27 above.

29.     Answering Paragraph 29 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality admits the allegations contained therein.

30.     Answering Paragraph 30 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

7009.002-3598844.1

31.     Answering Paragraph 31 of the Third-Party Complaint, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

32.     Answering Paragraph 32 of the Third-Party Complaint, Quality states that the allegations contained therein are legal conclusions or opinions to which no response is necessary but that to the extent an answer may be required, Quality denies having knowledge or information sufficient to form a belief regarding the truth of the allegations contained therein.

## RESPONSE TO PRAYER FOR RELIEF

Quality denies that any Third-Party Plaintiff is entitled to any form of relief or was damaged in any manner or amount whatsoever.

## AFFIRMATIVE DEFENSES

For and as a separate and affirmative defense to each and every cause of action set forth in the Third-Party Complaint, Quality alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Cause of Action)

Quality alleges that the Third-Party Complaint, and each purported cause of action contained therein, fails to state facts sufficient to state a cause of action against Quality.

## SECOND AFFIRMATIVE DEFENSE

### (Estoppel/Waiver)

Quality contends that Third-Party Plaintiffs have waived, and/or are estopped, by their own actions and/or inactions from pursuing the claims alleged in the Third-Party Complaint.

## THIRD AFFIRMATIVE DEFENSE

### (Mitigation)

Quality alleges that Third-Party Plaintiffs have failed to mitigate their damages, if any exist, which Third-Party Plaintiffs claim to have sustained, and Third-Party Plaintiffs' recovery should, therefore, be barred or diminished accordingly.

/ / /

/ / /

MURPHY AUSTIN ADAMS SCHOENFELD LLP

- 6 -

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY
RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

Murphy Austin Adams Schoenfeld LLP

**FOURTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

Quality alleges that Third-Party Plaintiffs' claims are barred by the doctrine of unclean hands.

**FIFTH AFFIRMATIVE DEFENSE**

(Complaint Lacks Foundation)

Quality alleges that Third Party Plaintiffs' claims are unreasonable, without foundation, brought in bad faith, and/or are frivolous, thereby entitling Quality to an award of attorneys' fees.

**SIXTH AFFIRMATIVE DEFENSE**

(Standing)

Quality alleges that Third-Party Plaintiffs lacks standing to bring one or more of the causes of action alleged in the Third-Party Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

(No Damages Suffered)

Quality alleges that Third-Party Plaintiffs have suffered no damages cognizable at law because of the conduct alleged against Quality.

**EIGHTH AFFIRMATIVE DEFENSE**

(Bona Fide Belief in Existence of Legal Right)

Quality alleges that the Third-Party Complaint and each purported cause of action are barred because the acts or omissions, if any, for which Quality could be held liable, were not intentional or willful, or they resulted from a bona fide belief in the existence of a legal right.

**NINTH AFFIRMATIVE DEFENSE**

(Good Faith)

Quality alleges that the Third-Party Complaint and each purported cause of action are barred because Quality acted in good faith at all times.

/ / /

/ / /

/ / /

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

1

## TENTH AFFIRMATIVE DEFENSE

2

(Offset)

3   Quality alleges that Quality is entitled to offset against any judgment any amounts due to

4   Quality by Third-Party Plaintiff.

5

## ELEVENTH AFFIRMATIVE DEFENSE

6

(Statute of Limitations)

7   Quality alleges that Third-Party Plaintiffs' claims are barred by the applicable statutes of

8   limitation.

9

## TWELFTH AFFIRMATIVE DEFENSE

10

(Doctrine of Laches)

11   Quality alleges that Third Party Plaintiffs' causes of action are barred by the doctrine of

12   laches.

13

## THIRTEENTH AFFIRMATIVE DEFENSE

14

(Waiver)

15   Quality alleges that Third-Party Plaintiffs have voluntarily waived, expressly or impliedly,

16   their rights to assert any claim against Quality.

17

## FOURTEENTH AFFIRMATIVE DEFENSE

18

(Lack of Causation)

19   Quality alleges that no act or omission by or on behalf of Quality, or any agents, servants

20   or employees of Quality, was the cause, proximate or actual, of the damages alleged by Third-

21   Party Plaintiffs, if any exist.

22

## FIFTEENTH AFFIRMATIVE DEFENSE

23

(Comparative Fault)

24   Quality alleges that the damages claimed by Third-Party Plaintiffs, if any exist, were

25   caused, in whole or in part, by persons or parties other than Quality and its agents or employees,

26   and such fact eliminates or comparatively reduces the percentage of liability, if any exists, of

27   Quality.

28   / / /

Murphy Austin Adams Schoenfeld LLP

- 8 -

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY
RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Extinction of Obligations)

Quality alleges that Third-Party Plaintiffs' causes of action are barred by the provisions of Civil Code sections 1473 through 1478, and each of them.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Indemnification)

Quality allege that should Third-Party Plaintiffs recover from Quality, Quality is entitled to indemnification, either in whole or in part, from all persons or entities whose negligence and/or fault proximately contributed to Third-Party Plaintiffs' damages, if any there are.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Damages Speculative)

Quality alleges that Third-Party Plaintiffs' damages, if any exist, are speculative and not recognized as valid or recoverable under any law.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Privilege)

Quality alleges that it engaged in privileged conduct to protect its valuable business interests.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Justification)

Quality alleges that its actions and conduct were at all times justified to protect its valuable business interests.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Contractual Relationship)

Quality alleges that Third-Party Plaintiffs' claims are barred because the claims arise out of Third-Party Plaintiffs' alleged contractual relationship and not out of any alleged independent tortious conduct.

/ / /

/ / /

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

1
## TWENTY-SECOND AFFIRMATIVE DEFENSE

2
(Reservation of Right to Amend Answer)

3
Quality respectfully reserves the right to amend its answer to assert additional affirmative

4
defenses in the future and to supplement those asserted herein upon further investigation and

5
discovery.

6
## TWENTY-THIRD AFFIRMATIVE DEFENSE

7
(Breach of Contract)

8
Quality alleges that Third-Party Plaintiffs' claims are barred, in whole or part, due to the

9
latter's material breaches of the subject Master Services Agreement, including, but not limited to,

10
their failure to comply with the express dispute resolution provisions set forth in section 11.06

11
prior to filing this action against Quality, and their failure to seek and compel binding arbitration

12
as required in lieu of proceeding with this action.

13
## TWENTY-FOURTH AFFIRMATIVE DEFENSE

14
(Unconscionable Contract Terms)

15
Quality alleges that Third-Party Plaintiffs' claims are barred, in whole or part, due to the

16
unconscionable terms and conditions in the subject Master Services Agreement, including, but

17
not limited to, the overly broad release and indemnity provisions set forth in sections 5.03, 5.04,

18
and 5.05.

19
WHEREFORE, Quality prays for judgment as set forth below:

20
1.     For judgment in favor of Quality;

21
2.     For a declaration that Quality has no duty to indemnify any Third-Party Plaintiffs;

22
3.     For a declaration that Quality has no liability for any purported damages claimed

23
by Third-Party Plaintiffs;

24
5.     For costs of suit and reasonable attorneys' fees; and

25
6.     For such other relief as this court may deem just and proper.

26
///

27
///

28
///

- 10 -

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY
RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP

1    Dated:  November 24, 2021                    MURPHY AUSTIN ADAMS SCHOENFELD LLP

2

3                                                 By:  *\s\ STEVEN A. LAMON*
                                                      STEVEN A. LAMON
4                                                     SHAWN M. JOOST
                                                      Attorneys for Third Party Quality
5                                                     QUALITY PROPERTY RESTORATION, a
                                                      division of FORNESS CONSTRUCTION, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY
RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT

7009.002-3598844.1

**CERTIFICATE OF SERVICE**

I, Noemy Leyva, declare:

I am a citizen of the United States and employed in the County of Sacramento, California. I am over the age of eighteen (18) years and not a party to the within action. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is 555 Capitol Mall, Suite 850, Sacramento, California 95814.

On November 24, 2021, I electronically filed the **THIRD-PARTY DEFENDANT FORNESS CONSTRUCTION, INC., D.B.A. QUALITY PROPERTY RESTORATION'S, ANSWER TO THIRD PARTY COMPLAINT** by using the CM/ECF system, which will then send a notification of such filing to the following parties or their counsel of record that are registered as ECF Filers and that they will be served by the CM/ECF system:

Anthony B. Gordon, Esq.
GORDON & GORDON, PLC
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367-6478
Tel: (818) 887-5155
Fax: (818) 887-5154
Email: law@anthonybgordon.com
Attorneys for Plaintiff
NORCAL HOME DESIGN INC.

Renee Welze Livingston
Crystal L. Van Der Putten
LIVINGSTON LAW FIRM
1600 South Main Street, Suite 280
Walnut Creek, CA 94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com
cvanderputten@livingstonlawyers.com
Attorneys for Third Party Plaintiffs CODE BLUE, LLC, CODE BLUE 360, LLC and TONY TOUSIGNANT

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States and State of California.

Executed on November 24, 2021, at Sacramento, California.

_/s/ Noemy Leyva_____
Noemy Leyva

7009.002-3598844.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP