# UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360 LLC, a Delaware Limited Liability Company; CODE BLUE LLC, a Delaware Limited Liability Company; and TONY TOUSSIGNANT, an individual; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 2:21-cv-00491-JAM-DMC<br><br>ORDER ON STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER<br><br>Dept.:<br>Judge:  Hon. John A. Mendez |

Having reviewed the Stipulation to Change Dates in Pretrial Scheduling Order filed by plaintiff NORCAL HOME DESIGN, INC. and defendants CODE BLUE 360 LLC and CODE BLUE LLC (collectively "CODE BLUE") and TONY TOUSSIGNANT, the Court finds good cause exists for accepting the proposed

///

///

///

///

1
ORDER ON STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER

revised dates set out in the Stipulation.

| Proceedings | Old Dates | Revised Dates |
|---|---|---|
| Completion of ADR | May 30, 2022 | July 30, 2022 |
| Last Day to Complete Discovery | August 31, 2022 | November 30, 2022 |
| Expert Witness Disclosures | June 30, 2022 | September 30, 2022 |
| Supplemental Expert Witness Disclosure and Disclosure of Rebuttal Expert Reports | July 29, 2022 | October 28, 2022 |
| Dispositive Motion Filing Deadline | October 21, 2022 | January 6, 2023 |
| Dispositive Motion Hearing | December 6, 2022, at 1:30 p.m. | March 28, 2023, at 1:30 p.m. |
| Last day to file Joint Pretrial Statement | April 14, 2023 | May 7, 2023 |
| Final Pretrial Conference | January 20, 2023, at 10:00 a.m. | May 12, 2023, at 10:00 a.m. |
| Jury Trial | March 13, 2023, at 9:00 a.m. | June 26, 2023 at 9:00 a.m. |

**IT IS SO ORDERED:**

DATED:  April 14, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE