1
2
3
4
5
6
7
8

# UNITED STATED DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| NORCAL HOME DESIGN, INC., a California corporation<br><br>                Plaintiff,<br><br>v.<br><br>CODE BLUE 360 LLC, a Delaware Limited Liability Company; CODE BLUE LLC, a Delaware Limited Liability Company; and TONY TOUSSIGNANT, an individual; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No. 2:21-cv-00491-JAM-DMC<br><br>ORDER ON STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER<br><br>Dept.:<br>Judge:  Hon. John A. Mendez |

11
12
13
14
15
16
17
18
19
20

    Having reviewed the Stipulation to Change Dates in Pretrial Scheduling Order filed by plaintiff NORCAL HOME DESIGN, INC. and defendants CODE BLUE 360 LLC and CODE BLUE LLC (collectively "CODE BLUE") and TONY TOUSSIGNANT, the Court finds good cause exists for accepting the proposed revised dates set out in the Stipulation dated June 17, 2022.

21
22
23
24
25

   ///

26

   ///

27

   ///

28

| Proceedings | Scheduled Dates | Proposed Revised Dates |
|---|---|---|
| Completion of ADR | July 30, 2022 | September 1, 2022 |
| Last Day to Complete Discovery | November 30, 2022 | January 31, 2023 |
| Expert Witness Disclosures | September 30, 2022 | November 30, 2022 |
| Supplemental Expert Witness Disclosure and Disclosure of Rebuttal Expert Reports | October 28, 2022 | December 30, 2022 |
| Dispositive Motion Filing Deadline | January 6, 2023 | February 28, 2023 |
| Dispositive Motion Hearing | March 28, 2023, at 1:30 p.m. | May 23, 2023, at 1:30 p.m. |
| Last day to file Joint Pretrial Statement | May 7, 2023. | July 7, 2023 |
| Final Pretrial Conference | May 12, 2023, at 10:00 a.m. | July 14, 2023, at 11:00 a.m. |
| Jury Trial | June 26, 2023, at 9:00 a.m. | August 28, 2023, at 9:00 a.m. |

**IT IS SO ORDERED:**

DATED:  June 17, 2022          /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2