Renée Welze Livingston – SBN 124280
Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email: rlivingston@livingstonlawyers.com
       cvanderputten@livingstonlawyers.com

Attorneys for Defendants and Third-Party Plaintiffs
CODE BLUE, LLC, CODE BLUE 360, LLC
and TONY TOUSIGNANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360, LLC, a Delaware Limited Liability Company; TONY TOUSIGNANT, an individual; and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT. | Case No. 2:21-CV-00491-JAM-DMC<br><br>**ORDER ON STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER**<br><br>Complaint Filed: 02/10/2021<br>Trial Date: 08/28/23 |

Having reviewed the Amended Further Stipulation to Change Dates in Pretrial Scheduling Order filed by plaintiff NORCAL HOME DESIGN, INC., defendants/third-party plaintiffs CODE BLUE 360 LLC and CODE BLUE LLC and TONY TOUSIGNANT, and third-party defendant QUALITY PROPERTY RESTORATION, a division of FORNESS CONSTRUCTION, INC., the Court finds good cause exists for accepting the proposed revised dates set out in the Stipulation dated August 18, 2022.

The revised dates are as follows:

///

| Proceedings | Scheduled Dates | Proposed Revised Dates |
|---|---|---|
| Completion of ADR | September 1, 2022 | December 30, 2022 |
| Last Day to Complete Discovery | January 31, 2023 | March 31, 2023 |
| Expert Witness Disclosures | November 30, 2022 | February 3, 2023 |
| Supplemental Expert Witness Disclosure and Disclosure of Rebuttal Expert Reports | December 30, 2022 | February 28, 2023 |
| Dispositive Motion Filing Deadline | February 28, 2023 | May 26, 2023 |
| Dispositive Motion Hearing | May 30, 2023, at 1:30 p.m. | August 23, 2023, at 1:30 p.m. |
| Joint Mid-Litigation Statement Filing Deadline | N/A | Fourteen (14) days prior to close of discovery. |
| Final Pretrial Conference | July 14, 2023, at 10:00 a.m. | October 13, 2023, at 10:00 a.m. |
| Jury Trial | August 28, 2023, at 9:00 a.m. | November 27, 2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: September 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE