IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., | No. 2:21-CV-0491-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CODE BLUE 360, LLC, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is a request to appear telephonically on behalf of moving party Code Blue 360, LLC, at the hearing on its motion to compel, set for September 21, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor based on counsel's declaration indicating the possibility of exposure to COVID-19 following recent travel to Wisconsin, counsel's request is granted. Counsel for moving party Code Blue 360, LLC, shall arrange for a telephonic appearance through CourtCall.

IT IS SO ORDERED.

Dated:  September 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1