IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., | No. 2:21-CV-0491-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CODE BLUE 360, LLC, et al., | |
| Defendants. | |

      Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is a request to appear telephonically on behalf of Third Party Defendant Forness Construction, Inc., at the hearing on Defendant Code Blue 360, LLC's, motion to compel, set for September 21, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor counsel's request is granted. Counsel for Third Party Defendant Forness Construction, Inc., shall arrange for a telephonic appearance through CourtCall.

      IT IS SO ORDERED.

Dated: September 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1