# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., | No. 2:21-CV-0491-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CODE BLUE 360, LLC, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court are requests, ECF Nos. 54, 55, and 57, for remote appearances at the hearing set in this case for October 19, 2022, at 10:00 a.m., before the undersigned in Redding, California. Good cause appearing therefor, the requests are granted. Any counsel wishing to appear remotely may do so by conference call to (877) 336-1274 and entering access code 5444373.

IT IS SO ORDERED.

Dated: October 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1