STEVEN A. LAMON, SBN 124853
SHAWN M. JOOST, SBN 148391
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California  95814
Telephone:  (916) 446-2300
Facsimile:  (916) 503-4000
Email:  slamon@murphyaustin.com
Email:  sjoost@murphyaustin.com

Attorneys for Third Party FORNESS CONSTRUCTION, INC. dba Quality Property Restoration

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360, LLC, a Delaware Limited Liability Company, TONY TOUSIGNANT, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.  2:21-cv-00491-JAM-DMC<br><br>**STIPULATION RE: CONSENT TO THIRD-PARTY DEFENDANT QUALITY PROPERTY RESTORATION FILING AMENDED ANSWER TO THIRD-PARTY COMPLAINT; AND ORDER THEREON**<br><br>COMPLAINT FILED:  02/10/21<br>TRIAL DATE:  08/28/23 |
| CODE BLUE, LLC,  CODE BLUE 360, LLC, and TONY TOUSIGNANT,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>QUALITY PROPERTY RESTORATION, a division of FORNESS CONSTRUCTION, INC., and ROES 1-10<br><br>Third Party Defendants. | |

WHEREAS pursuant to Federal Rule of Civil Procedure 15(a), a party may amend its pleadings with the consent of the opposing party or with leave of court;

WHEREAS Third Party Plaintiffs CODE BLUE 360 LLC, CODE BLUE LLC, AND TONY TOUSIGNANT ("CODE BLUE") are the opposing parties of Third Party Defendant

- 1 -

STIPULATION TO GRANT THIRD-PARTY DEFENDANT QUALITY PROPERTY RESTORATION LEAVE TO FILE AN AMENDED ANSWER TO THIRD-PARTY COMPLAINT    CASE NO.:  2:21-CV-00491-JAM-DMC

7009.002-7886217.1

FORNESS CONSTRUCTION, INC. dba Quality Property Restoration (incorrectly named as QUALITY PROPERTY RESTORATION, a division of FORNESS CONSTRUCTION, INC.)("FORNESS");

WHEREAS FORNESS, in light of information that came to light in discovery, desires to amend its answer to CODE BLUE's Third Party Complaint; and

WHEREAS CODE BLUE consents to FORNESS filing an amended answer;

IT IS HEREBY STIPULATED by and between the parties that FORNESS may file and serve its Amended Answer in the form attached hereto as Exhibit A within three court days of FORNESS' receipt of a fully-executed Stipulation.

Dated:  November 14, 2022         MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
STEVEN A LAMON
SHAWN M. JOOST
Attorneys for Third Party Defendant
FORNESS CONSTRUCTION, INC.

Dated:  November 14, 2022         LIVINGSTON LAW FIRM

By: _____
RENEE WELZE LIVINGSTON
CRYSTAL L. VAN DER PUTTEN
Attorneys for Defendants
CODE BLUE, LLC, CODE BLUE 360, LLC
and TONY TOUSIGNANT

Dated:  November 14, 2022         GORDON & GORDON

By: _____
ANTHONY B. GORDON
Attorneys for Plaintiff
NORCAL HOME DESIGN, INC.

**ORDER**

Based upon the foregoing and good cause appearing therefore,

**IT IS SO ORDERED.**

Dated:  November 21, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO GRANT THIRD-PARTY DEFENDANT QUALITY PROPERTY RESTORATION LEAVE TO FILE AN AMENDED ANSWER TO THIRD-PARTY COMPLAINT   CASE NO.: 2:21-CV-00491-JAM-DMC

7009.002-7886217.1