# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360, LLC, a Delaware Limited Liability Company; TONY TOUSSIGNANT, an individual; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No.: 2:21-cv-00491-JAM-DMC<br><br>**ORDER ON STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER**<br><br>Dept.<br>Judge:  Hon. John A. Mendez<br><br>Complaint Filed: 02/10/2021<br>Trial Date: 11/27/23 |

   Having reviewed the Stipulation to Change Dates in Pretrial Scheduling Order filed by plaintiff NORCAL HOME DESIGN, INC. and defendants CODE BLUE 360 LLC and CODE BLUE LLC (collectively "CODE BLUE") and TONY TOUSSIGNANT, the Court finds good cause exists for accepting the proposed revised dates set out in the Stipulation:

///

///

///

| Proceedings | Scheduled Dates | Revised Dates |
|---|---|---|
| Completion of ADR | March 31, 2023 | Completed |
| Last Day to Complete Discovery | June 30, 2023 | **September 1, 2023** |
| Expert Witness Disclosures: | May 5, 2023 | **July 5, 2023** |
| Supplemental Expert Witness Disclosures and Disclosure of Rebuttal Expert Reports | May 26, 2023 | **July 26, 2023** |
| Dispositive Motion Filing Deadline | August 25, 2023 | **November 22, 2023** |
| Dispositive Motion Hearing | November 14, 2023, at 1:30 p.m. | **January 23, 2024, at 1:30 p.m.** |
| Joint Mid-Litigation Statement Filing Deadline: | 14 days prior to close of discovery | 14 days prior to close of discovery |
| Final Pretrial Conference | January 12, 2024, at 11:00 a.m. | **May 3, 2024, at 10:00 a.m.** |
| Jury Trial | February 26, 2024, at 9:00 a.m. | **June 17, 2024, at 9::00 a.m.** |

**IT IS SO ORDERED:**

Dated: May 08, 2023               /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON STIPULATION TO CHANGE DATES IN PRETIRAL SCHEDULING ORDER