STEVEN A. LAMON – SBN 124853
SHAWN M. JOOST – SBN 148391
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capital Mall, Suite 850
Sacramento, CA 9581
Tel: (916) 446-2300
Email:  slamon@murphyaustin.com
        sjoost@murphyaustin.com

Attorneys for Third Party Quality
QUALITY PROPERTY RESTORATION, a
division of FORNESS CONSTRUCTION, INC

ANTHONY B. GORDON (S.B. NO. 108368)
GORDON & GORDON,
A Professional Law Corporation
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, California 91367-6478
Telephone:     (818) 887-5155
Facsimile:     (818) 887-5154

Attorneys for Plaintiff NORCAL HOME DESIGN,
INC.

Renée Welze Livingston – SBN 124280
Crystal L. Van Der Putten – SBN 227262
LIVINGSTON LAW FIRM
A Professional Corporation
1600 South Main Street, Suite 280
Walnut Creek, CA  94596
Tel: (925) 952-9880
Fax: (925) 952-9881
Email:
rlivingston@livingstonlawyers.com
        cvanderputten@livingstonlawyers.com

Attorneys for Defendants
CODE BLUE, LLC, CODE BLUE 360, LLC
and TONY TOUSIGNANT

# UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360 LLC, a Delaware Limited Liability Company; CODE BLUE LLC, a Delaware Limited Liability Company; and TONY TOUSSIGNANT, an individual; and DOES 1 through 10, inclusive<br><br>Defendant. | Case No. 2:21-cv-00491-JAM-DMC<br><br>**AMENDED FURTHER STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER**<br><br>Judge:          Hon. John A. Mendez<br><br>Trial Date:          June 17, 2024<br>Complaint Filed:     February 10, 2021 |

WHEREAS counsel for Third-Party Defendant FORNESS CONSTRUCTION, INC. DBA QUALITY HOME RESTORATION ("Forness") filed a Motion to Withdraw as Counsel, to be heard on August 1, 2023;

AND WHEREAS, the existing scheduling order called for expert witness disclosure on July

1

5, 2023; supplement expert witness disclosure on July 26, 2023; and discovery to be completed by September 1, 2023;

AND WHEREAS it is agreed between counsel for the parties that the parties require sufficient time to for Forness to obtain new counsel before continuing with the litigation;

IT IS NOW STIPULATED AND AGREED BETWEEN COUNSEL FOR THE PARTIES that the Order on Stipulation to Change Dates in Pretrial Scheduling Order (Document 69 filed 05/09/2023) be amended to reflect the following extension of time for the disclosure of expert witnesses; supplemental expert witness disclosure; and completion of discovery:

| Proceedings | Scheduled Dates | Proposed Revised Dates |
|---|---|---|
| Completion of ADR | March 31, 2023 | Completed |
| Last Day to Complete Discovery | September 1, 2023 | **October 13, 2023** |
| Expert Witness Disclosures | July 5, 2023 | **August 31, 2023** |
| Supplemental Expert Witness Disclosure and Disclosure of Rebuttal Expert Reports | July 26, 2023 | **September 15, 2023** |
| Dispositive Motion Filing Deadline | November 22, 2023 | |
| Dispositive Motion Hearing | January 23, 2024, at 1:30 p.m. | |
| Joint Mid-Litigation Statement Filing Deadline | 14 days prior to close of discovery | |
| Final Pretrial Conference | May 3, 2024, at 10:00 a.m. | |
| Jury Trial | June 17, 2024, at 9:00 a.m. | |

**IT IS SO STIPULATED**:
Dated:  June 29, 2023

MURPHY AUSTIN ADAMS
SCHOENFELD LLP

By: _____
Shawn M. Joost
Attorneys for FORNESS CONSTRUCTION,
INC. DBA QUALITY HOME
RESTORATION

2

7009.002-8057797.1

1    Dated:  June 29, 2023                    GORDON & GORDON, PLC

2

3                                             *Anthony B. Gordon*
                                          By:_____
4                                             Anthony B. Gordon
                                              Attorneys for Plaintiff
5                                             NORCAL HOME DESIGN INC.

6    Dated:  June 29, 2023                    LIVINGSTON LAW FIRM

7

8                                         By */s/ Crystal L. Van Der Putten*
                                              Crystal L. Van Der Putten
9                                             Attorneys for Defendant
                                              CODE BLUE, LLC, CODE BLUE 360, LLC
10                                            and TONY TOUSIGNANT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      3
AMENDED FURTHER STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER

## PROOF OF SERVICE

Re:   *Norcal Home Design, Inc. v. Code Blue, LLC, et al.*
       U.S.D.C. Eastern District of Ca Case No. 2:21-cv-00491-JAM-DMC

I, MELISSA GILLET, declare:

I am a citizen of the United States and employed in Sacramento County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 Capitol Mall, Suite 850, Sacramento, California  95814, and my email address is mgillet@murphyaustin.com.

On the date below, I served the following document(s) described as:

**AMENDED FURTHER STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER**

☒      FILED ELECTRONICALLY with the U.S. District Court and therefore the Court's computer system has electronically delivered a copy of the foregoing document to the email address(es) listed below:

| | |
|---|---|
| Crystal L. Van Der Putten | Anthony B. Gordon, Esq. |
| Livingston Law Firm | GORDON & GORDON, PLC |
| 1600 South Main Street, Suite 280 | 5550 Topanga Canyon Blvd., Suite 200 |
| Walnut Creek, CA 94596 | Woodland Hills, CA 91367-6478 |
| Phone: (925) 952-9880 | Phone:   (818) 887-5155 |
| Email: cvanderputten@livingstonlawyers.com | Email:   law@anthonybgordon.com |
|         mramirez@livingstonlawyers.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 29, 2023, at Sacramento, California.

_____
MELISSA GILLET

1 | STEVEN A. LAMON, SBN 124853
2 | SHAWN M. JOOST, SBN 148391
MURPHY AUSTIN ADAMS SCHOENFELD
LLP
3 | 555 Capitol Mall, Suite 850
Sacramento, California  95814
4 | Telephone:   (916) 446-2300
Facsimile:    (916) 503-4000
5 | Email:       slamon@murphyaustin.com
Email:       sjoost@murphyaustin.com
6 |
7 | Attorneys for Third Party Defendant
QUALITY PROPERTY RESTORATION, a
division of FORNESS CONSTRUCTION, INC.
8 |

9 | **UNITED STATED DISTRICT COURT**

10 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11 | NORCAL HOME DESIGN INC., | Case No. 2:21-cv-00491-JAM-DMC
a California Corporation
12 | | **ORDER ON AMENDED FURTHER
STIPULATION TO CHANGE DATES
IN PRETRIAL SCHEDULING
ORDER**
13 | Plaintiff,
14 | v.
15 | CODE BLUE 360, LLC, a Delaware | Judge:              Hon. John A.
Limited Liability Company; | Mendez
16 | TONY TOUSIGNANT, an individual;
and Does 1 through 10, inclusive, | Trial Date:         June 17, 2024
17 | Defendants. | Complaint Filed:    February 10, 2021
18 |
19 | CODE BLUE, LLC,  CODE BLUE 360, LLC, and TONY TOUSIGNANT,
20 | Third Party Plaintiffs,
21 | v.
22 | QUALITY PROPERTY
RESTORATION, a division of
23 | FORNESS CONSTRUCTION, INC., and ROES 1-10
24 | Third Party Defendant.
25 |
26 |   Having reviewed the Amended Further Stipulation to Change Dates in Pretrial
27 | Scheduling Order filed by plaintiff NORCAL HOME DESIGN, INC., defendants/third-
28 | party plaintiffs CODE BLUE 360 LLC and CODE BLUE LLC and TONY TOUSIGNANT,

5

and third-party defendant QUALITY PROPERTY RESTORATION, a division of FORNESS CONSTRUCTION, INC., the Court finds good cause exists for accepting the proposed revised dates set out in the Stipulation June 29, 2023.

The revised dates are as follows:

| Proceedings | Scheduled Dates | Revised Dates |
|---|---|---|
| Completion of ADR | March 31, 2023 | Completed |
| Last Day to Complete Discovery | September 1, 2023 | **October 13, 2023** |
| Expert Witness Disclosures | July 5, 2023 | **August 31, 2023** |
| Supplemental Expert Witness Disclosure and Disclosure of Rebuttal Expert Reports | July 26, 2023 | **September 15, 2023** |
| Dispositive Motion Filing Deadline | **November 22, 2023** | |
| Dispositive Motion Hearing | **January 23, 2024, at 1:30 p.m.** | |
| Joint Mid-Litigation Statement Filing Deadline | 14 days prior to close of discovery | |
| Final Pretrial Conference | **May 3, 2024, at 10:00 a.m.** | |
| Jury Trial | **June 17, 2024, at 9:00 a.m.** | |

Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

**IT IS SO ORDERED.**

Dated: July 06, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

AMENDED FURTHER STIPULATION TO CHANGE DATES IN PRETRIAL SCHEDULING ORDER

7009.002-8057797.1