WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
JOSEPH B. ADAMS, ESQ. (SBN 194964)
jadams@eghblaw.com
CAGIL X. AREL, ESQ. (SBN 333564)
carel@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
FORNESS CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN, INC.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>CODE BLUE 360, LLC, et al.,<br><br>            Defendants. | Case No. 2:21-cv-00491-JAM-DMC<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

      The Court having considered the Stipulation of Counsel to Continue Pretrial

Deadlines (ECF Doc 77), and good cause appearing therein, including the

appointment of new counsel, the court orders the deadlines in the Amended Pretrial

Scheduling Order (ECF 73) are to be changed as follows;

5441301

ORDER

| Event | Scheduled Dates | Revised Dates |
|---|---|---|
| Last Day to Complete Discovery | October 13, 2023 | **January 12, 2024** |
| Expert Witness Disclosure | August 31, 2023 | December 1, 2023 |
| Supplemental Expert Witness Disclosures and Disclosure of Rebuttal Expert Reports | September 15, 2023 | December 15, 2023 |
| Dispositive Motion Filing Deadline | November 22, 2023 | **March 1, 2024** |
| Dispositive Motion Hearing | January 23, 2024 | **May 21, 2024, at 1:30 p.m.**[1] |
| Joint Mid-Litigation Statement Filing Deadline | | 14 days prior to close of discovery |
| Final Pretrial Conference | May 3, 2024 | **Tuesday, September 03, 2024, at 10:00 a.m.** |
| Jury/Bench Trial | June 17, 2024 | **October 28, 2024, at 9:00 a.m.** |

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.

5441301

ORDER

1   All instructions contained in the January 06, 2022, Pretrial Scheduling

2   Order (ECF No. 30) **SHALL** remain in effect.

3

4   **IT IS SO ORDERED.**

5

6   Dated: September 07, 2023        /s/ John A. Mendez

7                                    THE HONORABLE JOHN A. MENDEZ

8                                    SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5441301

3

ORDER