WILLIAM NOEL EDLIN, ESQ. (SBN 107796)
nedlin@eghblaw.com
FRED M. BLUM, ESQ. (SBN 101586)
fblum@eghblaw.com
ÇAĞIL AREL, ESQ. (SBN 333564)
carel@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
FORNESS CONSTRUCTION, INC. DBA QUALITY HOME RESTORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CODE BLUE 360 LLC, a Delaware Limited Liability Company; CODE BLUE LLC, a Delaware Limited Liability Company; and TONY TOUSSIGNANT, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00491-JAM-DMC<br><br>Judge: Hon. John A. Mendez<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br><br>Trial Date:        October 28, 2024<br>Complaint Filed:    February 10, 2021 |

Based on the stipulation of the parties and good cause appearing, the case schedule is **MODIFIED** as follows:

| Event | Scheduled Dates | Revised Dates |
|---|---|---|
| Last Day to Complete All Discovery | January 12, 2024 | **March 29, 2024** |
| Expert Witness Disclosure | December 1, 2023 | **February 16, 2024** |
| Supplemental Expert Witness Disclosures and Disclosure of Rebuttal Expert Reports | December 15, 2023 | **March 1, 2024** |
| Dispositive Motion Filing Deadline | March 1, 2024 | **May 1, 2024** |
| Dispositive Motion Hearing | May 21, 2024, at 1:30 p.m. | **July 23, 2024, at 01:00 p.m.**[1] |
| Joint Mid-Litigation Statement Filing Deadline | 14 days prior to close of discovery | 14 days prior to close of discovery |
| Final Pretrial Conference | Tuesday, September 03, 2024, at 10:00 a.m. | **As previously scheduled, Tuesday, September 03, 2024, at 10:00 a.m.** |
| Jury/Bench Trial | October 28, 2024, at 9:00 a.m. | **As previously scheduled, October 28, 2024, at 9:00 a.m.** |

All other instructions contained in the September 07, 2023 Pretrial Scheduling Order (ECF No. 78) **SHALL** remain in effect.

**IT IS SO ORDERED.**

Dated: December 08, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.