IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., | No. 2:21-CV-0491-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| CODE BLUE 360, LLC, et al., | |
| Defendants. | |

        Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion to set aside a prior order requiring Plaintiff's counsel to pay $2,500.00 in sanctions.  See ECF No. 82.

        Pursuant to Eastern District of California Local Rule 230(b), motions which do not relate to a discovery dispute or which seek only imposition of a discovery sanctions cannot be heard on notice of less than 35 days.  See Local Rule 230(b).  When a motion is defectively noticed, the matter shall be filed but not set for hearing.  See id.  Further, opposition to a properly noticed motion are due within 14 days after the motion is filed and no party who fails to file an opposition may be heard at the hearing.  See Local Rule 230(c).

/ / /

/ / /

/ / /

The pending motion was filed on January 16, 2024, and set for hearing before the undersigned on February 14, 2024, at 10:00 a.m., in Redding, California. See ECF No. 82. Because the motion did not provide notice of at least 35 days, the motion has been improperly noticed. Additionally, even if the motion had been properly noticed, no opposition thereto has been filed within 14 days after the motion was filed. For these reasons, the February 14, 2024, hearing will be vacated and the unopposed motion is submitted on the record without oral argument.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiff's motion to set aside monetary sanctions set for February 14, 2024, at 10:00 a.m., before the undersigned in Redding, California, is VACATED.

2. The requests for remote appearance, ECF Nos. 83 and 84, are DENIED as moot.

Dated: February 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2