UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360, LLC, a Delaware Limited Liability Company; TONY TOUSIGNANT, an individual; and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT. | Case No. 2:21-CV-00491-JAM-DMC<br><br>**ORDER FOLLOWING INITIAL PRETRIAL CONFERENCE** |

Pursuant to court order, an initial Pretrial Conference was held on September 18, 2024 before Judge John Mendez. Melinda Guzman appeared as counsel for plaintiff; Crystal L. Van Der Putten and Amy E. Blair appeared as counsel for defendants and Third-Party Plaintiffs Code Blue, LLC; Code Blue 360, LLC; and Tony Tousignant; Marylin Jenkins appeared as counsel for defendant and Third-Party Plaintiff Forness Construction, Inc., dba Quality Home Restoration.

At the hearing, the Court made the following findings and orders:

    1.   The current trial date of October 28, 2024 is vacated. The Court set a new trial date of November 18, 2024 at 9:00 a.m.

    2.   The Court will allow Defendants and Third-Party Plaintiffs Code Blue, LLC, et al. and Third-Party Defendant Forness Construction to re-file their cross-motions for summary judgment pursuant to the following briefing schedule:

| | |
|---|---|
| Code Blue, et al. Opening Brief | September 30, 2024 |
| Forness Construction Opposition/ Opening Brief | October 14, 2024 |
| Code Blue, et al. Opposition/ Reply Brief | October 21, 2024 |
| Forness Construction Reply Brief | October 28, 2024 |

The hearing on these cross-motions for summary judgment is set for November 5, 2024 at 1:00 p.m.

    3.   A further pretrial conference is set for November 8, 2024 at 10:00 a.m.  The parties shall submit revised Undisputed Facts, Witness Lists and Exhibit Lists pursuant to the Court's instructions.

    4.   Motions in limine shall be E-filed separately on or before October 31, 2024.  Opposition briefs shall be E-filed no later than November 6, 2024.  No reply briefs may be filed.

    IT IS SO ORDERED.

Dated: September 23, 2024    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE