Melinda Guzman - SBN 137678
MELINDA GUZMAN PROFESSIONAL CORPORATION
555 University Avenue, Suite 131
Sacramento, CA 95825
Tel: (916)551-2906
Fax: (916)448-8628
Email: mguzman@theguzmanfirm.com

Attorneys for Plaintiff NORCAL HOME DESIGN, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORCAL HOME DESIGN INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CODE BLUE 360, LLC, a Delaware Limited Liability Company; TONY TOUSIGNANT, an individual; and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT. | Case No. 2:21-cv-00491-JAM-DMC<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: 02/10/2021<br>Trial Date: 11/18/2024 |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the complaint, the third-party complaint and this entire action in Case No. 2:21-CV-00491-JAM-DMC may be dismissed immediately with prejudice in accordance with the parties' settlement during a mediation and performance of such settlement.

IT IS SO STIPULATED.

Dated: November 11, 2024

MELINDA GUZMAN PROFESSIONAL CORPORATION

By _____
Melinda Guzman
Attorneys for Plaintiff NORCAL HOME DESIGN

Dated:  November 11, 2024         LIVINGSTON LAW FIRM

By_____
Crystal L. Van Der Putten
Attorneys for Defendants and
Third-Party Plaintiffs
 CODE BLUE, LLC, CODE BLUE
360, LLC and TONY TOUSIGNANT

Dated:  November 11, 2024         EDLIN GALLAGHER HUIE & BLUM, LLP

By_____
Fred M. Blum
Marylin Jenkins
Attorneys for Third-Party Defendant
FORNESSS CONSTRUCTION, INC.
DBA QUALITY PROPERTY RESTORATION

## ORDER TO DISMISS WITH PREJUDICE

Based upon the stipulation of the parties, and for good cause demonstrated, the court hereby **DISMISSES** the entire action in Case No. :21-cv-00491-JAM-DMC **with prejudice**.

IT IS SO ORDERED.

Dated: November 12, 2024          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE